# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 3:22-CV-185 |
| ) | |
| v. ) | Judges McDonough / Poplin |
| ) | |
| **MPS AA-12, 12-gauge machine guns with** ) | |
| **the following serial numbers: 100-2, 100-3,** ) | |
| **100, 101, 104, 105, 109, 111, 112, 113, 114,** ) | |
| **115, and one with no serial number,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

Comes now the Plaintiff, United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and Anne-Marie Svolto, Assistant United States Attorney, and moves this Court for the entry of a Default Judgment and Final Order of Forfeiture against the defendant properties listed below pursuant to Federal Rule of Civil Procedure Rule 55(b)(2), and in support of its motion, states as follows:

1. On May 26, 2022, the United States filed a Verified Complaint *In Rem* [Doc. 1] (hereinafter "Complaint") in accordance with Federal Rule of Civil Procedure G(2), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, against MPS AA-12, 12-gauge machine guns with the following serial numbers: 100-2, 100-3, 100, 101, 104, 105, 109, 111, 112, 113, 114, 115, and one with no serial number ("defendant properties") as properties which were manufactured by an entity that had not paid the special occupational tax ("SOT") or registered with the Attorney General in violation of 26 U.S.C. § 5861, and are therefore forfeitable to the United States pursuant to 26 U.S.C. § 5872.

2. Persons with a potential interest in the defendant properties were served with the Complaint [Doc. 1] and Notice of Forfeiture [Doc. 2], pursuant to Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (Supplemental Rule G). An executed Service of Process was filed with the Court, as follows:

Gerald P. Baber served on June 13, 2022 [Doc. 10].

3. Notice of this civil forfeiture action against the defendant properties was published for 30 consecutive days on an official Government website (www.forfeiture.gov) beginning on June 9, 2022, and ending on July 8, 2022, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Declaration of Internet Publication [Doc. 9] filed September 20, 2022.

4. No claim or answer has been filed on the defendant properties as provided by Rule G(5)(a) and (b) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the time to do so has expired.

5. Upon information and belief, no person or entity thought to have an interest in the defendant properties is an infant, incompetent, or presently engaged in military service.

6. On December 14, 2022, the United States filed a Request for Entry of Default [Doc.11] for the defendant properties. On January 5, 2023, the Clerk of the Court entered an Entry of Default [Doc. 12] pursuant to Federal Rule of Civil Procedure Rule 55(a).

WHEREFORE, the United States requests the entry of the Default Judgment and Final Order of Forfeiture submitted herewith.

                                              Respectfully submitted,

                                              FRANCIS M. HAMILTON III
                                              United States Attorney

By:    *s/Anne-Marie Svolto*
        ANNE-MARIE SVOLTO
        TN Bar No. 025716
        Assistant United States Attorney
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        anne-marie.svolto@usdoj.gov
        (865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by certified, return receipt U.S. Mail or FedEx, including the following:

    Gerald P. Baber
    1345 Enterprise Road
    Piney Flats, TN 37686-3323

                                              *s/ Anne-Marie Svolto*
                                              ANNE-MARIE SVOLTO
                                              Assistant United States Attorney